# United States Bankruptcy Court
## District of Nevada

Case No. <u>08–13071–bam</u>
**Chapter 13**

In re: (Name of Debtor)
    JUAN C. BRACAMONTES
    4104 VEGAS DRIVE
    LAS VEGAS, NV 89108

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the above named debtor(s), having been Dismissed by Court Order, **IT IS HEREBY ORDERED THAT:**

    KATHLEEN A. LEAVITT, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 5/19/09          BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court